# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

JACQUIE R. BATES,                          )
                                           )
                Plaintiff,                 )
                                           )          NO.  CV-12-0092-JPH
        vs.                                )
                                           )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                         )          **CIVIL CASE**
Commissioner of Social Security,           )
                                           )
                Defendant.                 )
                                           )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 3rd day of December, 2012.

                                    JAMES R. LARSEN
                                    District Court Executive/Clerk


                                    by:   s/Pamela A. Howard
                                            Deputy Clerk

cc: all counsel